| | | Amount | Amount |
|---|---|---|---|
| Date: 10/06/10 | | | Page: 1 |

**DIVIDENDS REMITTED TO THE COURT**
Check Number 112 Dated 10/06/10
Case Number 09-16427 - SMITH, KEVIN J.

*-H 151100*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>110035925033 | 000011 | 48.33 | 0.90 |
| ---------- Remittance Total ---------- | | 48.33 | 0.90 |

*plk 109*

DAVIS, STEVEN S., Trustee

FILED 2010 OCT -8 PM 3:15
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND